# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JUSTICE McCALLISTER
Reg. #42727-424                                        PETITIONER

v.                      No. 2:19-cv-24-DPM

FEDERAL BUREAU OF PRISONS,
and DEWAYNE HENDRIX, Warden                RESPONDENTS

## ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). McCallister's § 2241 petition will be dismissed without prejudice. Motion, № 8, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2019