IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JUSTICE McCALLISTER
Reg. #42727-424                                                                 PETITIONER

v.                                    No. 2:19-cv-24-DPM

FEDERAL BUREAU OF PRISONS,
and DEWAYNE HENDRIX, Warden                              RESPONDENTS

JUDGMENT

McCallister's petition is dismissed without prejudice.

*W. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

9 May 2019